[No. 43245-1-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JUSTIN HEMINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01647-3, Kathryn E. Trumbull, J., entered August 21, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43265-6-I.    Division One.    December 27, 1999.]

*In the Matter of the Marriage of* CYNTHIA DIANE JAMISON, *Appellant*, and GEORGE SCOTT JAMISON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-3-00684-4, Michael E. Rickert, J., entered July 30, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43319-9-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD PEGS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00211-0, Linda C. Krese, J., entered August 13, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43342-3-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04304-9, Norma Smith Huggins and John M. Darrah, JJ., entered August 18, 1998. *Affirmed* by unpublished per curiam opinion.